**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                         )
BENJAMIN LITTLE,                          )
                                                         )
                Plaintiff,          )
                                                         )
                v.                      )   Case No.
                                                         )   (Three-Judge District Court Requested)
TROY KING, in his official capacity as Attorney )
General for the State of Alabama,      )
                                                         )
                Defendant,       )
                                                         )
                and                    )
                                                         )
ERIC HOLDER, in his official capacity as )
Attorney General of the United States,  )
                                                         )
                Nominal Defendant. )
                                                         )
_____)


## APPLICATION FOR THREE-JUDGE COURT

Pursuant to the § 5 of the Voting Rights Act, 42 U.S.C. § 1973c(a), Plaintiff, Benjamin Little, respectfully applies for an order to convene a three-judge district court to hear and determine whether Alabama Act No. 95-698 requires preclearance before it can be enforced.

WHEREFORE, Plaintiff requests that this Court enter an Order to convene a three-judge district court.

Respectfully submitted,

_____/s/_____
John C. Keeney, Jr. (D.C. Bar #934307)
Shardul Desai (D.C. Bar # 990299)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
Email:  john.keeney@hoganlovells.com
       shardul.desai@hoganlovells.com

Attorneys for Plaintiff
Benjamin Little

Dated:  July 19, 2010

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2010, I served a copy of the foregoing by first-class, certified mail to the following:

Troy King
Attorney General for the State of Alabama
Office of the Attorney General
500 Dexter Avenue
Montgomery, AL 36130

   *Defendant*

Eric Holder
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

   *Nominal defendant*

                    /s/
Shardul Desai (D.C. Bar 990299)
Attorneys for plaintiff Benjamin Little
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
E-mail:  shardul.desai@hoganlovells.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
BENJAMIN LITTLE,                        )
                                        )
        Plaintiff,              )
                                        )
        v.                      )   Case No.
                                        )   (Three-Judge District Court Requested)
TROY KING, in his official capacity as Attorney )
General for the State of Alabama,       )
                                        )
        Defendant,              )
                                        )
        and                     )
                                        )
ERIC HOLDER, in his official capacity as )
Attorney General of the United States,  )
                                        )
        Nominal Defendant.      )
                                        )
_____)


**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF PLAINTIFF'S APPLICATION FOR THREE-JUDGE COURT**

      1.      Section 5 of the Voting Rights Act of 1965, as amended, ("VRA"), 42 U.S.C. § 1973c, prohibits the enforcement in any jurisdiction covered by Section 4(b) of the Act, 42 U.S.C. § 1973b(b), of any voting qualification or prerequisite to voting, or standard, practice, or procedure with respect to voting different from that enforced or in effect on the date used to determine coverage, until preclearance is obtained.

      2.      Section 5 specifically states that "[a]ny action under this section shall be heard and determined by a court of three judges in accordance with the provisions of section 2284 of

Title 28 and any appeal shall lie to the Supreme Court." 42 U.S.C. § 1973c(a); *see also Allen v. State Board of Elections*, 393 U.S. 544, 563 (1969).

3. In *LaRouche v. Fowler*, 152 F.3d 974, 982 & n.6 (D.C. Cir. 1998), aff'd, 524 U.S. 1035 (2000), the United States Court of Appeals for the District of Columbia Circuit held that a three-judge panel is required unless Plaintiff's § 5 claim is "wholly insubstantial" or completely "without merit."

4. The State of Alabama is a covered jurisdiction within the meaning of § 5 of the VRA. It has continuously been listed as a covered jurisdiction since November 1, 1964. 28 C.F.R. Part 51, Appendix.

5. Alabama Act No. 95-698 ("Alabama Act") requires: (1) that Alabama state court judges disclose campaign contributions publicly and recuse themselves from cases where one of the parties has contributed over a certain amount of money; and (2) that all attorneys of record disclose the amount of campaign contributions given to the presiding judge (or appellate court judge) by the client, the attorney, other lawyers in practice with the attorney, and any employees acting under the direction of the attorney or acting under the direction of those in practice with the attorney.

6. State legislation affecting the election of county judges has been held by the United States Supreme Court to require § 5 preclearance before those changes can be given legal affect. *See Lopez v. Monterey Cnty., Cal.*, 519 U.S. 9 (1996) (hereinafter *Lopez I*); *Lopez v. Monterey Cnty., Cal.*, 525 U.S. 266 (1999) (hereinafter *Lopez II*).

7. The United States Department of Justice and the Supreme Court of Alabama have repeatedly stated that this particular Alabama Act requires preclearance.

8. The Attorney General of Alabama ("AGA") has repeatedly stated that the Alabama Act does not require preclearance and that the State of Alabama will enforce the Alabama Act.

9. Plaintiff seeks declaratory and injunctive relief pursuant to § 5 of the VRA to enjoin defendant the Office of the Attorney General of Alabama from enforcing the Alabama Act until preclearance is obtained.

10. Because this action is brought pursuant to 42 U.S.C. § 1973c(a), a three-judge district court is statutorily required. *See Allen*, 393 U.S. at 563.

11. The Section 5 preclearance claim is not "wholly insubstantial" or "obviously without merit" within the meaning of this Circuit's test in *LaRouche*. Indeed, the United States Department of Justice and the Alabama Supreme Court explicitly disagree with the Attorney General of Alabama on whether the Alabama Act requires preclearance.

For all the foregoing reasons, the Court should grant Plaintiff's application for three-judge court.

                                  Respectfully submitted,

                                    /s/_____
                                John C. Keeney, Jr. (D.C. Bar #934307)
                                Shardul Desai (D.C. Bar # 990299)
                                Attorneys for plaintiff Benjamin Little
                                HOGAN LOVELLS US LLP
                                555 Thirteenth Street, N.W.
                                Washington, D.C. 20004-1109
                                Telephone:  (202) 637-5600
                                Facsimile:  (202) 637-5910
                                E-mail:     john.keeney@hoganlovells.com
                                                     shardul.desai@hoganlovells.com

Dated:  July 19, 2010

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
BENJAMIN LITTLE,                  )
                                            )
        Plaintiff,       )
                                            )
        v.                    )   Case No.
                                            )   (Three-Judge District Court Requested)
TROY KING, in his official capacity as Attorney )
General for the State of Alabama,  )
                                            )
        Defendant,     )
                                            )
        and                  )
                                            )
ERIC HOLDER, in his official capacity as )
Attorney General of the United States, )
                                            )
        Nominal Defendant. )
                                            )
_____)

**ORDER**

Upon consideration of Plaintiff's Application For Three-Judge Court and the memorandum in support thereof, it is, by the District Court for the District of Columbia, hereby:

ORDERED, that Plaintiff's Application For Three-Judge Court be, and it hereby is, GRANTED.

DONE and ORDERED in Chambers this _____ day of _____, 2010.

                                          _____
                                          Judge _____
                                          UNITED STATES DISTRICT JUDGE
                                          District Court for the District of Columbia

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2010, I served a copy of the foregoing by first-class, certified mail to the following:

Troy King
Attorney General for the State of Alabama
Office of the Attorney General
500 Dexter Avenue
Montgomery, AL 36130

   *Defendant*


Eric Holder
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
   *Nominal defendant*


        /s/
Shardul Desai (D.C. Bar 990299)
Attorneys for plaintiff Benjamin Little
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
E-mail:  shardul.desai@hoganlovells.com