# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BENJAMIN LITTLE, | ) | **10 1216** |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | (Three-Judge District Court Requested) |
| TROY KING, in his official capacity as Attorney General for the State of Alabama, | ) | |
| Defendant, | ) | |
| and | ) | |
| ERIC HOLDER, in his official capacity as Attorney General of the United States, | ) | |
| Nominal Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff's Application For Three-Judge Court and the memorandum in support thereof, it is, by the District Court for the District of Columbia, hereby:

ORDERED, that Plaintiff's Application For Three-Judge Court be, and it hereby is, GRANTED.

DONE and ORDERED in Chambers this 21 st day of _____July_____, 2010.

_____
Judge _____
UNITED STATES DISTRICT JUDGE
District Court for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2010, I served a copy of the foregoing by first-class, certified mail to the following:

Troy King
Attorney General for the State of Alabama
Office of the Attorney General
500 Dexter Avenue
Montgomery, AL 36130

*Defendant*


Eric Holder
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
            *Nominal defendant*



Shardul Desai (D.C. Bar 990299)
Attorneys for plaintiff Benjamin Little
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
E-mail:  shardul.desai@hoganlovells.com